UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES FRANK HAMILTON** ) | |
| **PLAINTIFF** ) | |
| ) | **CIVIL CASE NUMBER 5:13-CV-01967-JEO** |
| **V.** ) | |
| ) | **JURY DEMAND** |
| **AVECTUS HEALTH CARE** ) | |
| **SOLUTIONS LLC.** ) | |
| **DEFENDANT** ) | |

### PLANTIFF'S RESPONSE TO DEFENDAN'S MOTION TO QUASH AND FOR PROTECTIVE ORDER.

**COMES NOW THE PLAINTIFF,** James Frank Hamilton, and files this his response to the above styled motion, To Wit:

1. On February 17, 2014, after due and proper notice to defendant, the plaintiff served upon Huntsville Hospital, a Subpoena To Produce Documents And Information, (a complete service copy is attached hereto as Exhibit 1).

2. This subpoena is directed to Huntsville Hospital, not Avectus. It seeks documents, not testimony, relative to the business relationship between Avectus and Huntsville Hospital.

3. Avectus has objected to the subpoena and moved to quash it. Huntsville Hospital has not made any response. Avectus has no standing to object to this subpoena. If Huntsville Hospital objects, or claims it has no documents responsive there to, then it should respond.

4. Plaintiff's argument on this issue is exactly the same as contained in Plaintiff's Response To Defendant's Response To Defendant's Motion For Protective Order, filed on February 21, 2014, (response filed contemporaneously herewith) and scheduled to be heard in a phone conference with the court, tomorrow morning, February 24, 2014.

5. Plaintiff respectfully asks this court, if time permits, to address this issue also as time for the plaintiff is very important.

Respectfully Submitted,

   /s/Josh O. Kelly, III
Josh O. Kelly III
ASB NO 6859-E68J
Attorney for Plaintiff
2206 B Clinton Avenue West
Huntsville, Alabama 35805
256-536-1688
josh.kelly@joshkellylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record by Electronic Filing or by placing a copy of same in the United States Mail, postage prepaid and properly addressed to:

Long, Catherine  clong@bakerdonelson.com
Jenna Bedsole @bakersonelson.com
420 20th Street North
Birmingham, Alabama 35203

Dated this the 23d day of February, 2014

          s/Josh O. Kelly, III
          Josh O. Kelly, III